BRUCE F. SHERMAN  5996
Attorney at Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944
E-mail: failey52@hawaii.rr.com

Attorney for Plaintiff
JULIETTE PASION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, ) | CIVIL NO. 04-00239 HG/LEK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | PLAINTIFF'S NOTICE OF |
| ASSOCIATION OF APARTMENT ) | DISMISSAL OF ACTION |
| OWNERS OF LAE NANI, INC. ) | WITH PREJUDICE AS TO |
| ) | ALL CLAIMS AND PARTIES |
| Defendant. ) | |
| ) | |
| ) | |

PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS
TO ALL CLAIMS AND PARTIES

Comes now the Plaintiff, by and through her attorney of record, Bruce F. Sherman and dismisses the above-captioned action with prejudice as to all claims and parties. This Notice of dismissal is made pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

DATED: Honolulu, Hawaii, _April 10th_, 2006.

_/s/ Bruce F. Sherman_
BRUCE F. SHERMAN
Attorney for Plaintiff
JULIETTE PASION