ORIGINAL

RUSH MOORE LLP
A Limited Liability Law Partnership

LISSA H. ANDREWS 3390-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, 24th Floor
Honolulu, Hawaii 96813
Phone No.:   (808) 521-0400
Facsimile No.:   (808) 521-0597
Email: landrews@rmhawaii.com

Attorney for Defendant
ASSOCIATON OF APARTMENT
OWNERS OF LAE NANI, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 1 2006
at 3 o'clock and 11 min, P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION,<br><br>       Plaintiff,<br><br>Vs.<br><br>ASSOCIATION OF APARTMENT<br>OWNERS OF LAE NANI, INC.,<br><br>       Defendant. | CIVIL NO. 04-00239 HG/LEK<br>(Civil Rights Violation)<br><br>CERTIFICATE OF SERVICE<br>(Re: Plaintiff's Notice of Dismissal of<br>Action With Prejudice As to All<br>Claims and Parties) |

CERTIFICATE OF SERVICE
(Re: Plaintiff's Notice of Dismissal of Action
With Prejudice As to All Claims and Parties)

The undersigned hereby certifies that a copy of Plaintiff's Notice of

Dismissal of Action With Prejudice As to All Claims and Parties filed on April 10,

2006, was duly served by depositing a copy in the U.S. Mail, postage prepaid on April 11, 2006, to the following party:

>BRUCE F. SHERMAN, ESQ.
>1164 Bishop Street, Suite 124
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff
>JULIETTE PASION

DATED: Honolulu, Hawaii, April 11, 2006.

_____
LISSA H. ANDREWS

Attorney for Defendant
ASSOCIATON OF APARTMENT
OWNERS OF LAE NANI, INC.